UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                     CASE NO. 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI,
WIESLAW ROBERT RUTA, and
PIOTR MAREK ADAMCZYK

GOVERNMENT'S NOTICE OF FILING STATE DEPARTMENT
CERTIFICATION FOR PURPOSES OF ESTABLISHING JURISDICTION
OVER THE SUBJECT VESSEL

COMES NOW, the United States of America, and hereby provides notice of

filing the following document for the purposes of establishing jurisdiction over the

subject vessel: *United States Department of State Certification for the Maritime Drug Law

Enforcement Act (MDLEA) Case Involving Sailing Vessel Nicollet (TWON)* dated October

17, 2024 (Exhibit 1).

                              Respectfully submitted,

                              SARA C. SWEENEY
                              Acting United States Attorney


                    By:    */s/ Ashley Haynes*
                           Ashley Haynes
                           Special Assistant United States Attorney
                           United States Attorney No. 216
                           400 N. Tampa Street, Suite 3200
                           Tampa, Florida 33602-4798
                           Telephone:  (813) 274-6000
                           Facsimile:   (813) 274-6358
                           E-mail: Ashley.Haynes@usdoj.gov

**U.S. v. Winiewski, et al**     **Case No. 8:24-cr-429-CEH-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a

notice of electronic filing to Defense Counsels of Record.

*/s/ Ashley Haynes*
Ashley Haynes
Special Assistant United States Attorney
United States Attorney No. 216
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Ashley.Haynes@usdoj.gov
