**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                      CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI (1),
WIESLAW ROBERT RUTA (2), and
PIOTR MAREK ADAMCZYK (3)

_____/

**ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Protection of Specific Date (Doc. 110), filed by Defendant Piotr Marek Adamczyk on April 7, 2026, which this Court construes as a motion to continue trial. In the motion, defense counsel requests that the Court enter an Order prohibiting the trial to be scheduled on May 8, 2026, because counsel is scheduled to appear at a dental licensure hearing before the Florida Board of Dentistry on May 8, 2026 at 7:30 am in Jacksonville, Florida for a client he represents, who currently resides in New York and will be flying to Florida specially for that hearing. Counsel indicates that the Board of Dentistry holds licensure hearings only a few times a year, and this hearing would be extremely difficult to postpone. The Court has been advised that the Government does not oppose the request for a continuance. Having considered the matter, Defendant's Unopposed Motion for Protection of Specific Date (Doc. 110) is **GRANTED**. This

case is continued **AS TO ALL DEFENDANTS**[1] for a date certain trial on **MAY 18, 2026, beginning at 1:00 PM**. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendants in a speedy trial. The Court, therefore, determines that the time from today until the end of the May 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

A status conference is scheduled for **May 6, 2026, at 11:30 A.M.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida, on April 16, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record

---

[1]Although the motion to continue was filed by Defendant Piotr Marek Adamczyk, the Indictment in this case was filed as to all defendants and alleges, among other things, a conspiracy among the Defendants. It is therefore appropriate to continue the case as to all Defendants so that counts against co-conspirators may be tried together.