UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                           Case No.   8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI

_____/

**Consent to Institute a Presentence Investigation and
Disclose the Report Before Conviction or Plea of Guilty**

I, Slawomir Winiewski, hereby consent to a pre-sentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the District Judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the District Judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated:  April 23, 2026                            _____
                                                              Defendant

Dated:  April 23, 2026                            _____
                                                              Counsel for Defendant