# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate

Judge (Doc. 127), entered on April 23, 2026, to which there has been no objection and

the 14-day objection period has expired, the plea of guilty of Defendant Slawomir

Winiewski is now accepted and Defendant Slawomir Winiewski is adjudged guilty of

Counts One and Two of the Indictment.

**Sentencing is scheduled for July 23, 2026, at 11:00 AM before the**

**undersigned.**

**DONE and ORDERED** in Tampa, Florida, on this 12th day of May 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office
United States Pretrial Services