**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                   CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI

_____

## <u>ORDER</u>

This cause came on for consideration upon Defendant's Unopposed Motion to Continue Sentencing (Doc. 170), filed on June 16, 2026, in which Defendant seeks a thirty-day continuance of the sentencing hearing currently scheduled for July 23, 2026, at 11:00 A.M. In support of the motion, defense counsel indicates that he is scheduled for two weeks of out-of-state training and an additional week of personal leave during that time period and will not be available until the week of August 10, 2026. The Court has been advised that the United States does not oppose the motion. Having considered the matter, the Court will continue the sentencing hearing. Accordingly, it is now,

**ORDERED:**

1.    Defendant's Unopposed Motion to Continue Sentencing (Doc. 170) is **GRANTED**.

2.    The sentencing hearing on July 23, 2026, at 11:00 A.M., is rescheduled for August 12, 2026, at 1:30 P.M.

**DONE AND ORDERED** in Tampa, Florida, on June 17, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office

2