**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:24-cr-429-CEH-CPT**

**SLAWOMIR WINIEWSKI**

_____ /

## <u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

The Defendant, Slawomir Winiewski, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue sentencing set August 12 , 2026, by thirty (30) days. The government is not opposed to this request. As grounds in support thereof the Defendants states:

1. Mr. Winiewski was indicted on October 1, 2024, for Drug Trafficking Conspiracy and Possession with Intent to Distribute Controlled Substances on a Vessel Subject to United States Jurisdiction, in violation of 46 U.S.C. §§70503(a), 70506(a) and (b). Doc 1.

2. Mr. Winiewski entered plea on April 23, 2026.Doc. 124.

3. This Court accepted the plea, setting this matter for sentencing on July 23, 2026. Doc. 136.

4. Undersigned counsel has received transcripts from prior hearings and trial that require additional time to review. Counsel also requires sufficient time to adequately address the relevant matters in the

sentencing memorandum and at sentencing. In order to adequately prepare for sentencing and provide just representation of Mr. Winiewski, defense respectfully request a brief continuance of about thirty (30) days.

5. Undersigned has conferred with Assistant United States Attorney Joseph K. Ruddy, who has advised that the government does not oppose the relief sought in this motion.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. The Defendants argue that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

**WHEREFORE**, The Defendant respectfully moves this Honorable Court to reset sentencing hearing on August 12, 2026, by 30 days or to a later date that is convenient with this Court.

DATED this 10th day of August 2026.

Respectfully submitted,

CHARLES PRITCHARD, JR.
FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to listed counsels and :

Joseph K. Ruddy, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender

4