**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-429-CEH-CPT

SLAWOMIR WINIEWSKI

_____

**ORDER**

This cause came on for consideration upon Defendant's Unopposed Motion to Continue Sentencing (Doc. 186), filed on August 10, 2026, in which Defendant seeks a thirty-day continuance of the sentencing hearing currently scheduled for August 12, 2026, at 1:30 P.M. In support of the motion, defense counsel indicates that he has received transcripts from prior hearings and the trial that require additional time to review, and he also needs more time to adequately address the relevant matters in the sentencing memorandum at sentencing. The Court has been advised that the United States does not oppose the request for a continuance. Having considered the matter, the Court will continue the sentencing hearing. Accordingly, it is now,

**ORDERED:**

1.   Defendant's Unopposed Motion to Continue Sentencing (Doc. 186) is **GRANTED**.

2.   The sentencing hearing on August 12, 2026, at 1:30 P.M., is rescheduled for September 24, 2026, at 1:30 P.M.

**DONE AND ORDERED** in Tampa, Florida, on August 10, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office