# Exhibit A

*Letter of Support*

To the Honorable Judge Honeywell,

My name is Weronika Wisniewska I am 23 years old and SŁAWOMIR WISNIEWSKI is my father. I am writing this letter with full awareness that he has been found guilty of charges involving narcotics. I am not writing to challenge the Court's decision or to minimize the seriousness of his actions. I understand that he must accept responsibility for the choices he has made. My purpose is simply to share my honest perspective of him as my father and as one of the closest people in my life.

I am not trying to convince that my father is perfect person, because he is not. He has his own flaws and imperfections. However, the person I have known throughout my entire life is very different from the image that may be suggested by the allegations in this case. I could write endlessly about him as my father, there are countless memories and experiences that have shaped the way I see him. To me, he has always been a truly unique person.

At the beginning, I would also like to say, on behalf of our family and those closest to him, that we have all been deeply shocked and devastated by this situation from the very beginning. During the months when we had no contact with him, I was terrified. I was constantly worried because I had no idea what was happening to my father or where he was. When we finally find out what happened, we were all in complete shock. None of us had ever imagined that something like this could happen or even considered such a possibility.

I would also like to mention something very important - sailing. It has always been the greatest passion of his life. Through him, I learned how someone can stay deeply fascinated by and devoted to such a beautiful passion for an entire lifetime. His knowledge of sailing is truly remarkable. Even today, I am amazed by how much he knows about sailing and everything related to it. I honestly believe he is an exceptional person in this area. Some of my happiest childhood memories are of sailing with my father on the Szczecin waters and the Baltic Sea. A large part of my childhood was spent on the water with him.
He also earned a Master's degree in Marine Geography, and to this day he has an impressive knowledge in this field. It has always been closely connected with his passion for sailing, and his dedication to both has never changed.

His passion for sailing and everything connected to it, has also had a lasting influence on my own life. It became such a natural part of my childhood that, instead of singing me traditional lullabies, my father would sing sea shanties to me. That simply became normal in our home. We sang shanties instead of lullabies. In fact, when I was little, I knew more sailing songs than Christmas

carols. It may seem like a small detail, but to me it shows just how deeply sailing was a part of his life and, because of him, a part of mine as well.

One of my warmest memories I have from my childhood is that my father was always the one who cooked the best meals in our family, it was never my mother - it was him. Even after I became an adult and moved out, whenever I visited him, I always looked forward to whatever he was going to cook.

Everyone who has met him remembers him. He is simply not someone people easily forget. When we found out where he was, our family tried to find a way to help him. It was difficult to organize everything from Poland, especially because we do not have any relatives in the United States. We struggled with sending him money, establishing contact, and understanding how to help him so far away. We managed it but the process was very stressful and complicated even if it does not look like that. Even when we reached out to distant relatives everyone remembered him. Even those who had not been close to him still remembered exactly who he is. He has natural charisma and an energy that is difficult to describe and impossible to replace. He was alway well liked. He had a great sense of humor, could always make people laugh and was often the person who brought everyone together. As I mentioned before, he is simply someone people never forget.
Whenever he came to family gatherings, his sister would often say that everyone wanted to spend at least this few minutes with him. People simply enjoyed being around him.

Another important point is that my father does not speak English. This has created significant difficulties, both in handling his legal case and in his everyday life while being detained. It affects everything and made so many things much more complicated.

In everyday life he was a good father. More than anyone else, he has had the greatest influence on the person I have become. He shaped my character, my values. He was the one who taught me to have passions, to dream, and to believe that there is a world beyond what we see everyday. Today aviation and traveling are my greatest passions, it was my father who first opened this world to me. With all due respect to the rest of my family, we have always been a very ordinary family. Everyone has worked regular jobs and lived a quiet, simple life. My father was the one person who stood out, finished studies, lived with a passion, wanted to do what he loves. We travel together to many places, while most of my family very rarely leaves Poland - it was something which might be normal for many people but felt so unreal and unusual for me when as a teenager I was counting days to another trip, as now I keep traveling alone or with friends it is so painful that he is not here and I cannot share it with him.
As a child, I was very quiet, shy and introverted, and because of that I struggled to build friendships with other. Thanks to my father, I was able to spend that time developing my interests instead of feeling alone. More than anyone else,

he encourage me to keep learning and trying new things. He supported every interest I had, even when they changed quickly - riding horses, drawing, learning Japanese, no matter what I wanted to do he never told me „no". Even through we were a very ordinary family, he always found a way to make it possible for me. He always cared about my well-being and worried that I would not feel lonely.

He is also intelligent person. Whether the topic is politics, economics, history or whatever, he can lead a conversation. He is also a very creative person, while in detention now, he spends his time drawing a lot and creating different things. Despite the language barrier and the difficult circumstances, he is creative. From what I know from online texts and calls with him, he is understanding and respectful toward the other detainees around him.
In our messages, the things he enjoys most are updates about what is happening in the world. All the important topics. Based on his limited access to information he continues to impress me with his knowledge and understanding of what is going on.

My father has always been someone who can communicate thoughtfully and respectfully. That is why the language barrier has been so painful to witness throughout this case. Dealing with legal documents, court procedures, and all the information that has had to be translated has made the entire process much more difficult. I have spent a great deal of time translating documents and explaining legal matters to him in text messages, answering his questions, based on internet information about United States law and more. Knowing my father, I truly believe that if he spoke fluent English, or if all of these proceedings were taking place in Polish, he would have been much better able to explain himself and actively participate in his own defense.

I would also like to point out that my father never intended to sail to United States, it was never his planned destination.

He is honest, kind, understanding and compassionate person. He has a strong personality and is firm in his beliefs, but he is genuinely a good man. Throughout my life, I have never known him to act with bad intentions toward other people. During one of our phone calls from detention he told me how ashamed he felt about having to ask me for financial help. He has said this to me more than once. He told me that it should be the other way around, that he should be the one helping and supporting me as I begin my adult life, not depending on me for financial help. I know how difficult this is for him, and hearing him say those words truly breaks my heart.

I fully understand how serious are the allegations against him, and I do not takt them lightly. Based on the way I have known him my entire life, I would never believed that he was capable of becoming involved in something like this. Everything that has happened remains a profound shock to me, and it is still

very difficult for me to reconcile these allegations with the person I have always known. My father has always been a thoughtful and cautious person. He has always understood that decision carries consequences and I knew him as someone who was aware and acted responsibly when it came to serious things. I never witnessed behavior that would made me believe he would knowingly became involved in something that could lead to such serious consequences.

He has also never been motivated by money, status or material possessions. He has always lived different but modest life, appreciating what he had rather than constantly wanting more. He never sought attention, recognition or an extravagant lifestyle.

Throughout his life, my father earned his living through honest work. For several years, he owned a business that sold sports clothing and outdoor equipment, including brands such as Campus, Alpinus and 4F. He also had a passion for photography, he took product pictures for his business himself, and from time to time worked as a photographer. Photography was his another interests, second only to sailing. For many years, he also worked at marinas in Szczecin, Poland. His work involved both serving as part of the crew and handling technical work related to yachts and boats. Earlier in his life, he also worked as a sailing instructor for the MONAR Association in Poland, an organization that provides addiction treatment and rehabilitation.

He has never been selfish, and he put the needs of those close to him before his own. Even with strangers he was always kind. He has always been willing to give more than he had if he could. Even now, while in detention, I see the same side of him. When he tells about his days here, he often mentions sharing the little he has - whether is is just a coffee, with other detainees he gets along with. Even in difficult circumstances he still looks for be kind and generous toward others.

With full respect for the seriousness of this situation, I still see the same person I have known my entire life. It is serious, but it does not erase the years of kindness, compassion, and integrity that I have witnessed firsthand.
When I think of my father, I do not think of these allegations. I think of someone who guided my life. That is why I still believe in the good I have always seen in him. I believe he is, at his core, a caring and compassionate person who has always tried to treat others with respect. Nothing that has happened can erase the father I have known for my entire life, and that is the perspective I wanted to share with the Court.

I believe he is someone who is capable of learning from his experience and moving forward in a positive and responsible way. I have never known him to be a problematic or reckless person. I believe that he wants nothing more than to get through this difficult period, accept the outcome of these proceedings, and one day return to Poland. I have every reason to believe that he would be a

positive and law-abiding member of society in the future, just as he was throughout the many years before this case.

Finally, I would like to say, on behalf of our family, that we all miss him deeply. He has people in Poland who love him, who are waiting for him, and who want him to come home. Despite the seriousness of this situation, we have not turned our backs on him. I continue to support him, I believe in his character, in the values he has always lived by, and in the good I have seen in him for so many years.

If he returns to Poland after serving his sentence, I believe he will be surrounded by his closest family members and we would help him to rebuild his life.

Thank you for taking the time to read my letter and for considering my perspective.
Respectfully,
Weronika Wiśniewska