# Exhibit B

*Diploma*



Część A

(podpis posiadacza dyplomu)

Nr dyplomu 86475

UNIWERSYTET SZCZECIŃSKI
(nazwa uczelni)

Wydział Nauk Przyrodniczych
(nazwa jednostki organizacyjnej uczelni)

DYPLOM

Pan(i) Sławomir Wiśniewski
(imię/imiona i nazwisko)

urodzony(a) dnia 29 lipca 1973 r.

w Goleniowie

odbył(a) studia na kierunku geografia

w zakresie geografia morza

z wynikiem dobrym

i uzyskał(a) w dniu 21 maja 2007 r.

tytuł zawodowy magistra

Dziekan lub kierownik jednostki organizacyjnej
Dziekan prof. dr hab. Ryszard K. Borówka
(pieczęć imienna i podpis)

Rektor
prof. dr hab. W. Tarczyński
(pieczęć imienna i podpis)

m.p.

Szczecin
(miejscowość)

dnia 21.05.2007 r.



# TRANSLATION OF EXHIBIT B

Part A

[Photograph of Sławomir Wiśniewski]

[Embossed University Seal]

Diploma No. ***86475***

## UNIVERSITY OF SZCZECIN

Faculty of Natural Sciences

*[University Crest]*

# DIPLOMA

Mr./Ms. ***Sławomir Wiśniewski***

born on ***29 July 1973***

in ***Goleniów***

completed studies in the field of

***geography***

in the specialization of ***marine geography***

with the result: ***Excellent***

obtained on ***21 May 2007***

the professional title of

***magister (Master)***

| Dean or head of the organizational unit | Rector |
| --- | --- |
| *[Signature]* | *[Signature]* |
| (name stamp and signature) | (name stamp and signature) |
| ***prof. dr hab. Ryszard K. Borowka*** | ***prof. dr hab. W. Tarczyński*** |

*[University Crest]*

**DIPLOMA**

OF COMPLETION OF UNIFORM MASTER'S STUDIES