# Exhibit C

*Polygraph examination report*

CONFIDENTIAL
REDISCLOSURE PROHIBITED

# POLYGRAPH EXAMINATION REPORT

## EXAMINEE INFORMATION

**Name:** Slawomir Wisniewski

**Date of Birth:** 07/29/1973

**Address:** Hernando County Detention Center
16425 Spring Hill Drive
Brooksville, Florida 34604

## EXAM INFORMATION

**Location:** Brooksville, Florida

**Date/Time:** 12/12/2025 @ 9:30 am

**Start/End:** 10:00 am to 1:30 pm

**Examiner:** Geronimo Garcia

**Type:** Single Issue Examination

**Final Call:** No Deception Indicated (NDI)

## SECTION I – PURPOSE OF EXAMINATION

The main issue under consideration for the polygraph examination was whether the examinee was telling the truth to the relevant questions listed under Section III of this report.

## SECTION II – PRE TEST INTERVIEW

Examinee voluntarily submitted to a polygraph examination after he read, understood, and voluntarily signed a Polygraph Consent and Release Form. Prior to commencing the polygraph examination, a verbal pre-test interview was conducted to summarize the examinee's personal and case history, determine the examinee's suitability for the polygraph technique, explain the polygraph components and related physiological processes, debrief the examinee of any information regarding the issues and circumstances under review, and thoroughly review the test questions and the examinee's intended answers. The purpose of this detailed review of all test questions was to ensure the examinee completely understood the questions before the onset of the testing phase of the examination. In the opinion of the examiner, examinee was suitable for polygraph testing. During the pre-test interview, examinee stated the following:

Examinee slept less than his normal hours the night before his polygraph appointment but was not tired and able to focus on the exam.

Examinee described his health as fair. He reported having muscle/joint aches and pain and mood disorder and the only medications (names not provided) he took in the last 24 hours was a medicated steroid cream and something for pain.

In 2024, examinee was arrested by U.S. law enforcement after a large load of illegal drugs were discovered inside a 47-foot vessel he was navigating of the coast of Colombia. The drugs were loaded in Panama and off the coast of Colombia and two crewmembers were unaware the vessel contained this load. All onboard were arrested after the U.S. Coast Guard intercepted the vessel and discovered the drugs. His case is currently pending in federal court.

## SECTION III – IN TEST PHASE

A Lafayette computerized polygraph system, model LX5000 was used for the collection of polygraph tests (test data). This instrument makes a continuous recording of autonomic responses associated with respiration, electrodermal activity, cardiovascular functioning, and pulse blood volume. The instrument also includes sensors designed to record peripheral behavior activity and cooperation during the examination. A functionality check prior to the examination confirmed the instrument was in proper working order.

The following relevant questions were asked by the examiner via an interpreter (Polish) and responses were provided by the examinee during the polygraph examination:

**R4:** Did you inform crew members you were transporting illegal drugs in that vessel?
(Response: No)

**R6:** Were crew members informed you were transporting illegal drugs in that vessel?
(Response: No)

## SECTION IV – RESULTS

It is the opinion of this examiner Slawomir Wisniewski **was** being truthful during testing of the above-listed relevant questions.

Global analysis of the physiological data revealed that it was of sufficient interpretable quality to complete a standardized numerical analysis of the test results. Numerical analysis of the polygraph test was performed using the Empirical Scoring System and resulted in statistically significant numerical scores that support a conclusion of **"No Deception Indicated"** when examinee answered the above listed questions.

## SECTION V – POST TEST INTERVIEW

During the post-test interview phase of the examination, examinee did not provide any additional information. He was advised his defense counsel would be informed of the results of the test.

**CONFIDENTIAL**
**REDISCLOSURE PROHIBITED**



Geronimo Garcia
Certified Polygraph Examiner

Note: All polygraph test data and associated documentation are maintained for a period of three years from the date of examination.