**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** September 24, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SLAWOMIR WINIEWSKI** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:**<br>Wojciech (Voitek) Sawa/Polish |
| **TIME:** 1:03 P.M. – 2:26 P.M. | **TOTAL:** 1 Hour, 23 Minutes |
| **PROBATION OFFICER:**<br>Aracely Vazquez-Gaetan | **COURT REPORTER:** Lainey Fergueson |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: SENTENCING COMMENCED**

Court in session.

All parties are present in the courtroom, and counsel is identified for the record.

Polish Interpreter sworn.

Defendant sworn.

Defendant pled guilty to Counts One and Two of the Indictment.

The Court previously accepted Defendant's guilty plea and adjudged Defendant guilty of those offenses.

Defendant objects to the following paragraphs of the PSR: Paragraphs 17 through 19, and 24 [Offense Conduct]; Paragraphs 22 and 29 [Adjustment Obstruction of Justice USSG §3C1.1]; Paragraphs 23, 24, and 32 [Acceptance of Responsibility USSG §3E1.1]; and Paragraphs 25 through 30, 33, 64, 67, and 69 [Safety Valve Eligibility].

The Court hears arguments from counsel.

The Court directs the probation officer to edit the first sentence in paragraph 17 and omit Footnote 1. In addition, Paragraph 18 is stricken in its entirety, and Paragraph 24 is edited.

A discussion is held.

Defendant's Report of Investigation and Polygraph Examination Report are received into evidence under seal.

For the reasons articulated on the record, the Court continues the sentencing hearing to Monday, September 28, 2026, at 3:00 PM.

Court adjourned.