**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** September 28, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SLAWOMIR WINIEWSKI** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:**<br>Wojciech (Voitek) Sawa/Polish |
| **TIME:** 3:04 P.M. – 4:04 P.M. | **TOTAL:** 1 Hour |
| **PROBATION OFFICER:** Aracely Vazquez-Gaetan | **COURT REPORTER:** Lainey Fergueson |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: SENTENCING COMPLETED**

Court in session.

All parties are present in the courtroom, and counsel is identified for the record.

The Polish Interpreter is sworn.

Defendant is sworn.

This is a continuation of the sentencing hearing commenced on September 24, 2026.

The issues related to the facts and the calculation of the guidelines have been resolved.

The objections to the application of the guidelines as to paragraphs 22 and 29, 23, 24, 25, 30, 32, 33, 64, 67, and 69 is under consideration.

The Court has had an opportunity to review Defendant's trial testimony.

A discussionis held.

For the reasons stated on the record, the Court sustains the objection for the failure to give the obstruction of justice enhancement and finds that the 2 levels for obstruction of justice has not been established. The objection to Paragraphs 23, 24, and 32 is sustained. The Court finds that Defendant is safety valve eligible.

The giuidelines are adjusted accordingly.

Defendant makes a statement to the Court.

The Court hears argument from counsel as to the appropriate sentence.

Defendant requests a sentence of 108 months.

For the reasons articulated on the record, the Defendant's request for a variance is DENIED. The Court sentences Defendant as follows:

Imprisonment: 165 months. This term consists of a 165-month term as to Count One and a 165-month term as to Count Two, all such terms to run concurrently.

Supervised Release: 5 years [60 months]. This term consists of a 5-year term as to Count One and a 5-year term as to Count Two, all such terms to run concurrently.

Mandatory and standard conditions apply.

Special condition of supervision:

- If Defendant is deported, Defendant shall not re-enter the United States without the express permission of the appropriate governmental authority. The Court recognizes that Defendant is lawfully in the United States, as he was paroled here for the purpose of prosecution.

Having been convicted of a qualifying felony, Defendant must cooperate in the collection of DNA, as directed by the probation officer.

Fine: Waived.

Special Assessment: $200. This obligation is to be paid immediately.

Defendant is advised of his right to appeal and of the right to counsel on appeal.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCI Fort Dix in New Jersey.
- Defendant be allowed to participate in the UNICOR program.
- Defendant be allowed to take an English for Speakers of Other Languages (ESOL) class.
- Defendant be allowed to participate in vocational training in artwork.

- Defendant be allowed to participate in any training programs that a United States Citizen would be eligible for since he was paroled into the United States for the purpose of prosecution.

Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:** *As adjusted*

| | |
|---|---|
| Total Offense Level | 34 |
| Criminal History Category | I |
| Imprisonment Range | 151 months - 188 months |
| Supervised Release Range | Not more than 5 years as to Counts 1 and 2 |
| Restitution | N/A |
| Fine Range | $35,000 - $20,000,000 |
| Special Assessment | $200 |

Court adjourned.