APPEAL,INTERPRETER,PLED,SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:24−cr−00429−CEH−CPT−1

Case title: USA v. Winiewski et al

Magistrate judge case number: 8:24−mj−02533−DCI

Date Filed: 10/01/2024

Date Terminated: 09/29/2026

---

Assigned to: Senior Judge Charlene Edwards Honeywell
Referred to: Magistrate Judge Christopher P. Tuite

**Defendant (1)**

**Slawomir Winiewski**
*Polish Interpreter Needed*
*TERMINATED: 09/29/2026*

represented by

**Ryan J. Maguire**
Federal Defender Office, MDFL
400 N. Tampa Street
Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2075
Email: ryan_maguire@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Samuel Landes FPD**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602−4726
813−228−2715
Fax: 813−228−2562
Email: Samuel_Landes@fd.org
*TERMINATED: 10/03/2024*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: SENTENCING held on 9/28/2026 for Slawomir |

| | |
|---|---|
| SUBSTANCE ON VESSELS (1) | Winiewski (1), Counts 1−2, Imprisonment: 165 months. This term consists of a 165−month term as to Count One and a 165−month term as to Count Two, all such terms to run concurrently; Supervised Release: 60 months. This term consists of a 60−month term as to Count One and a 60−month term as to Count Two, all such terms to run concurrently; Fine: Waived; Special Assessment: $200.00. |
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS (2) | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: SENTENCING held on 9/28/2026 for Slawomir Winiewski (1), Counts 1−2, Imprisonment: 165 months. This term consists of a 165−month term as to Count One and a 165−month term as to Count Two, all such terms to run concurrently; Supervised Release: 60 months. This term consists of a 60−month term as to Count One and a 60−month term as to Count Two, all such terms to run concurrently; Fine: Waived; Special Assessment: $200.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 46:70503.F MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS | |

---

**Plaintiff**

**USA** represented by **Joseph K. Ruddy**
U.S. Attorney's Office
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274−6000
Fax: 813/274−6125

Email: joseph.ruddy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ashley Haynes**
DOJ−USAO
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813−274−6000
Email: ashley.haynes@usdoj.gov
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David Rehfuss**
DOJ−USAO
Tampa Division
400 N. Tampa St.
Suite 3200
Tampa, FL 33602
813−274−6000
Email: david.rehfuss@usdoj.gov
*TERMINATED: 02/26/2026*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2024 | 1 | COMPLAINT as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). (TNP) [8:24−mj−02533−DCI] (Entered: 09/27/2024) |
| 10/01/2024 | 8 | INDICTMENT returned in open court as to Slawomir Winiewski (1) count(s) 1−2, Wieslaw Robert Ruta (2) count(s) 1−2, Piotr Marek Adamczyk (3) count(s) 1−2. (Attachments: # 1 Restricted Unredacted Indictment) (AM) (Entered: 10/01/2024) |
| 10/01/2024 | | Arrest of Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk on 10/1/2024 (AMS) (Entered: 10/02/2024) |
| 10/01/2024 | 12 | ORAL MOTION to Appoint Interpreter, ORAL MOTION to Appoint Counsel, ORAL MOTION for Discovery by Slawomir Winiewski. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 10/02/2024) |
| 10/01/2024 | 15 | ORAL MOTION for Discovery, ORAL MOTION for Detention by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (AMS) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 10/02/2024) |
| 10/01/2024 | 16 | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Slawomir Winiewski Signed by Magistrate Judge Christopher P. Tuite on 10/1/2024. (AMS)** (Entered: 10/02/2024) |
| 10/01/2024 | 19 | |

| | | |
|---|---|---|
| | | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: granting 12 Motion to Appoint Interpreter as to Slawomir Winiewski (1); granting 12 Motion to Appoint Counsel as to Slawomir Winiewski (1); granting 12 Motion for Discovery as to Slawomir Winiewski (1); granting 15 Motion for Discovery as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3); granting 15 Motion for Detention as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3); granting 13 Motion to Appoint Interpreter as to Wieslaw Robert Ruta (2); granting 13 Motion to Appoint Counsel as to Wieslaw Robert Ruta (2); granting 13 Motion for Discovery as to Wieslaw Robert Ruta (2); granting 14 Motion to Appoint Interpreter as to Piotr Marek Adamczyk (3); granting 14 Motion to Appoint Counsel as to Piotr Marek Adamczyk (3); granting 14 Motion for Discovery as to Piotr Marek Adamczyk (3); Initial Appearance as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 10/1/2024; ARRAIGNMENT as to Slawomir Winiewski (1) Count 1−2, and Wieslaw Robert Ruta (2) Count 1−2, and Piotr Marek Adamczyk (3) Count 1−2, held on 10/1/2024 Defendant(s) pled not guilty. (Digital) (Interpreter/Language: George Koverdan / Polish) (AMS) (Entered: 10/02/2024) |
| 10/01/2024 | 20 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (AMS) (Entered: 10/02/2024) |
| 10/02/2024 | 21 | **ORDER OF DETENTION PENDING TRIAL as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk Signed by Magistrate Judge Christopher P. Tuite on 10/2/2024. (AMS)** (Entered: 10/02/2024) |
| 10/02/2024 | 22 | **PRETRIAL discovery order and notice as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. Jury Trial set for the DECEMBER trial term commencing on 12/2/2024 before Senior Judge Charlene Edwards Honeywell. Status Conference set for 11/12/2024 at 09:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. Signed by Magistrate Judge Christopher P. Tuite on 10/2/2024. (AMS)** (Entered: 10/02/2024) |
| 10/03/2024 | 24 | NOTICE OF ATTORNEY APPEARANCE: Ryan J. Maguire appearing for Slawomir Winiewski *and Substitution of Counsel* (Maguire, Ryan) (Entered: 10/03/2024) |
| 11/12/2024 | 28 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS Conference as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 11/12/2024. Court Reporter: Sharon A. Miller (CAB) (Entered: 11/12/2024) |
| 11/12/2024 | 29 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 11/12/2024) |
| 11/12/2024 | 30 | **ORAL ORDER granting 29 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B),** |

| | | |
|---|---|---|
| | | **and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the FEBRUARY 2025 Trial Term commencing 2/3/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 1/21/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 11/12/2024. (CAB)** (Entered: 11/12/2024) |
| 11/13/2024 | 31 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the FEBRUARY 2025 trial term, commencing FEBRUARY 3, 2025. Another status conference is scheduled for JANUARY 21, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 11/13/2024. (CAB)** (Entered: 11/13/2024) |
| 01/21/2025 | 32 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS Conference as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 1/21/2025. Court Reporter: Sharon A. Miller (CAB) (Entered: 01/21/2025) |
| 01/21/2025 | 33 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 01/21/2025) |
| 01/21/2025 | 34 | **ORAL ORDER granting 33 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the APRIL 2025 Trial Term commencing 4/7/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 3/18/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 1/21/2025. (CAB)** (Entered: 01/21/2025) |
| 01/21/2025 | 35 | ORAL MOTION to Extend Pretrial Motions Deadline by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 01/21/2025) |
| 01/21/2025 | 36 | **ORAL ORDER granting 35 Defendants' Oral Motion to Extend Pretrial Motions Deadlines as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The deadline to file pretrial motions is extended, as to all Defendants, until February 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 1/21/2025. (CAB)** (Entered: 01/21/2025) |
| 01/24/2025 | 37 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the APRIL 2025 trial term, commencing APRIL 7, 2025. Another status conference is scheduled for MARCH 18, 2025, at 9:30 A.M. The deadline to file pretrial motions is extended to FEBRUARY 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 1/24/2025. (CAB)** (Entered: 01/24/2025) |
| 02/12/2025 | 38 | Unopposed MOTION to Extend Time to to extend pre−trial motion filing deadline by Slawomir Winiewski. (Maguire, Ryan) (Entered: 02/12/2025) |

| | | |
|---|---|---|
| 02/13/2025 | 39 | **ENDORSED ORDER granting 38 Defendants' Unopposed Motion to Extend Pre−Trial Motion Filing Deadline as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The deadline to file pre−trial motions is extended, as to all Defendants, until MARCH 14, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 2/13/2025. (CAB)** (Entered: 02/13/2025) |
| 03/14/2025 | 40 | MOTION to Suppress *Evidence* by Slawomir Winiewski. (Attachments: # 1 Exhibit A − Photograph, # 2 Exhibit B − Registration Documents)(Maguire, Ryan) (Entered: 03/14/2025) |
| 03/14/2025 | 41 | MOTION for Hearing *re: 40 Motion to Suppress* by Slawomir Winiewski. (Maguire, Ryan) (Entered: 03/14/2025) |
| 03/17/2025 | 42 | MOTION to Adopt re 40 Motion to Suppress, 41 Motion for Hearing by Wieslaw Robert Ruta as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Trombley, Wesley) (Entered: 03/17/2025) |
| 03/18/2025 | 43 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 3/18/2025. Court Reporter: Sharon A. Miller (CAB) (Entered: 03/19/2025) |
| 03/18/2025 | 44 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 03/19/2025) |
| 03/18/2025 | 45 | **ORAL ORDER granting 44 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the JULY 2025 Trial Term commencing 7/7/2025 at 9:00 AM in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 6/17/2025 at 9:30 AM via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 3/18/2025. (CAB)** (Entered: 03/19/2025) |
| 03/18/2025 | 46 | ORAL MOTION to Adopt 40 Motion to Suppress Evidence and 41 Motion for Evidentiary Hearing filed by Co−Defendant Slawomir Winiewski (1) as to Piotr Marek Adamczyk (3). (CAB) (Entered: 03/19/2025) |
| 03/19/2025 | 49 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the JULY 2025 trial term, commencing JULY 7, 2025. Another status conference is scheduled for JUNE 17, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 3/19/2025. (CAB)** (Entered: 03/19/2025) |
| 03/21/2025 | 50 | NOTICE *of Filing State Department Certification* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Attachments: # 1 Exhibit)(Haynes, Ashley) (Entered: 03/21/2025) |
| 03/28/2025 | 51 | RESPONSE in Opposition by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk re 40 MOTION to Suppress *Evidence*, 41 MOTION for |

| | | |
|---|---|---|
| | | Hearing *re: 40 Motion to Suppress* (Attachments: # 1 Exhibit A (Response from Poland), # 2 Exhibit B (Weather Logs))(Haynes, Ashley) (Entered: 03/28/2025) |
| 04/22/2025 | 52 | **ENDORSED ORDER granting 41 Defendant's Request for Evidentiary Hearing on Defendant's Motion to Suppress Evidence as to Slawomir Winiewski (1). The motion to suppress will be scheduled for oral argument by separate notice as to Defendants Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 4/22/2025. (CAB) (Entered: 04/22/2025)** |
| 04/22/2025 | 53 | NOTICE OF HEARING in case as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk re: 40 Defendant's Motion to Suppress Evidence. Oral Argument set for 5/27/2025 at 01:30 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 04/22/2025) |
| 05/06/2025 | 54 | **ENDORSED ORDER granting 41 Motion for Hearing as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). A hearing on the motion to suppress has been scheduled for May 27, 2025. Signed by Senior Judge Charlene Edwards Honeywell on 5/6/2025. (CAB)** (Entered: 05/06/2025) |
| 05/20/2025 | 55 | Notice of substitution of AUSA. David Rehfuss substituting for Ashley Haynes. (Rehfuss, David) (Entered: 05/20/2025) |
| 05/27/2025 | 56 | EXHIBIT LIST by Slawomir Winiewski (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E)(Maguire, Ryan) (Entered: 05/27/2025) |
| 05/27/2025 | 57 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: ORAL ARGUMENT on motion as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 5/27/2025 re: 40 Defendants' Motion to Suppress Evidence filed by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Court Reporter: Sharon A. Miller. (Interpreter/Language: George Koverdan/Polish). (CAB) (Entered: 05/27/2025) |
| 05/27/2025 | 58 | GOVERNMENT EXHIBIT LIST and EXHIBIT by USA admitted into evidence at the Motion Hearing held on May 27, 2025, as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (Attachments: # 1 Government Exhibit 1) (CAB) (Entered: 05/28/2025) |
| 05/27/2025 | 59 | DEFENDANTS' EXHIBIT LIST and EXHIBITS by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk admitted into evidence at the Motion Hearing held on May 27, 2025, as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (Attachments: # 1 Defendants' Exhibit A, # 2 Defendants' Exhibit B, # 3 Defendants' Exhibit C, # 4 Defendants' Exhibit D, # 5 Defendants' Exhibit E). (CAB) (Entered: 05/28/2025) |
| 06/17/2025 | 60 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3) held on 6/17/2025. David Rehfuss appeared for the United States. Samuel Landes appeared for Defendants Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. An Order on Defendants' pending Motion to Suppress Evidence 40 will be issued within the next few weeks. Defendants request a two−cycle continuance. The Government had no objection. Defendants' request for a two−cycle continuance is GRANTED, in part. The case is continued to the August 2025 trial term commencing August 4, 2025. A |

| | | |
|---|---|---|
| | | Zoom status conference will be held on July 15, 2025, at 9:30 A.M. Hearing time: 09:48 − 09:53 (5) (Text only entry). Court Reporter: Lori Cecil Vollmer (CAB) (Entered: 06/17/2025) |
| 06/17/2025 | 61 | ORAL MOTION to Continue Trial for two cycles by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 06/17/2025) |
| 06/17/2025 | 62 | **ORAL ORDER granting in part and denying in part 61 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting a one−cycle continuance outweigh the best interest of the public and Defendants to a speedy trial. Jury Trial set for the AUGUST 2025 Trial Term commencing 8/4/2025 at 9:00 A.M. in Tampa Courtroom 13A before Judge Charlene Edwards Honeywell. Status Conference set for 7/15/2025 at 9:30 A.M. via Zoom video conference before Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 6/17/2025. (CAB)** (Entered: 06/17/2025) |
| 06/20/2025 | 63 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. The trial in this case is continued until the AUGUST 2025 trial term, commencing August 4, 2025. Another status conference is scheduled for JULY 15, 2025, at 9:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 6/20/2025. (CAB)** (Entered: 06/20/2025) |
| 07/14/2025 | 64 | **ORDERED: 40 Defendants' Motion to Suppress Evidence is denied. Signed by Senior Judge Charlene Edwards Honeywell on 7/14/2025. (SAA)** (Entered: 07/14/2025) |
| 07/15/2025 | 65 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 7/15/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for defendant Slawomir Winiewski. Wesley Trombley appeared for defendant Wieslaw Robert Ruta. Omar Abdelghany appeared for defendant Piotr Marek Adamczyk. Defense has been unable to properly communicate with clients due to issues re: obtaining Polish interpreter. Counsel may need to request funds above the standard CJA rate. Defendants' request for a two−cycle continuance is GRANTED. Government had no objection. The case is continued to the October 2025 trial term commencing October 6, 2025. Hearing time: 10:18 − 10:25 (7 mins.) (Text only entry). Court Reporter: Tracey Aurelio (SRC) (Entered: 07/15/2025) |
| 07/15/2025 | 66 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (SRC) (Entered: 07/15/2025) |
| 07/15/2025 | 67 | **ORAL ORDER granting 66 Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant to a speedy trial. Jury Trial set for the OCTOBER 2025 Trial Term commencing 10/6/2025 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Status** |

| | | |
|---|---|---|
| | | **Conference set for 9/16/2025 at 09:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk is send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 7/15/2025. (SRC)** (Entered: 07/15/2025) |
| 07/25/2025 | 68 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. This case is continued until the October 2025 trial term, commencing October 6, 2025. Another status conference is scheduled for September 16, 2025, at 9:30 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 7/25/2025. (SRC)** (Entered: 07/25/2025) |
| 09/16/2025 | 69 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 9/16/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski. Wesley Trombley appeared for Defendant Wieslaw Robert Ruta. Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk. Defendants have secured the services of a different Polish interpreter.A resolution is possible as to Defendant Winiewski.Mr. Trombley and Mr. Abdelghany will be meeting with their respective clients tomorrow.These Defendants are expected to proceed to trial.The trial is expected to take three (3) days.Two Polish interpreters will be needed for the trial.The parties are uncertain whether it will be a stipulated facts bench trial or a jury trial in December.Defendants request a continuance. For the reasons stated on the record, the request for a continuance is GRANTED. The case is continued to the November 2025 Trial Term.A Zoom status conference will be held on October 14, 2025, at 10:30 a.m. to update the Court as to the type of trial and the availability of the Government's Coast Guard witnesses for a January trial. Hearing time: 09:38 − 09:47 (9 Minutes) (Text only entry). Court Reporter: Bill Jones (CAB) (Entered: 09/16/2025) |
| 09/16/2025 | 70 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 09/16/2025) |
| 09/16/2025 | 71 | **ORAL ORDER granting 70 Oral Motion to Continue as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants to a speedy trial. Jury Trial set for the NOVEMBER 2025 Trial Term commencing 11/3/2025 at 9:00 A.M. before Senior Judge Charlene Edwards Honeywell. Status Conference set for 10/14/2025 at 10:30 A.M. via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will send counsel a Zoom invitation via email. Signed by Senior Judge Charlene Edwards Honeywell on 9/16/2025. (CAB)** (Entered: 09/16/2025) |
| 09/18/2025 | 72 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. This case is continued until the NOVEMBER 2025 Trial Term, commencing November 3, 2025. Another status conference is scheduled for October 14, 2025, at 10:30 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 9/18/2025. (CAB)** (Entered: 09/18/2025) |
| 09/19/2025 | 73 | NOTICE OF RESCHEDULING HEARING: The Zoom Status Conference hearing previously scheduled for 10/14/2025 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: |

| | | |
|---|---|---|
| | | Status Conference set for 10/21/2025 at 02:00 PM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 09/19/2025) |
| 10/21/2025 | 74 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3) held on 10/21/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski (1). Wesley Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk (3). All counsel had an opportunity to confer with their respective clients. A resolution or stipulated facts bench trial is anticipated. Mr. Maguire requests a continuance to the February 2026 Trial Term. Mr. Trombley and Mr. Abdelghany join in the request. The Government does not object. For the reasons stated on the record at the status conference, the Defendants' request for a continuance is GRANTED. The case is specially set to commence on February 23, 2026, at 9:30 a.m. Zoom status conferences will be held on December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Hearing time: 02:04 − 02:23 (19 Minutes) (Text only entry). Court Reporter: Bill Jones (CAB) (Entered: 10/21/2025) |
| 10/21/2025 | 75 | ORAL MOTION to Continue Trial by Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: 10/21/2025) |
| 10/21/2025 | 76 | **ORAL ORDER granting 75 Defendants' Oral Motion to Continue Trial as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants to a speedy trial. Date Certain Jury Trial set for FEBRUARY 23, 2026, at 9:30 A.M. before Senior Judge Charlene Edwards Honeywell. Zoom Status Conferences set for December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 10/21/2025. (CAB)** (Entered: 10/21/2025) |
| 10/21/2025 | 77 | NOTICE OF HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Status Conference set for 1/20/2026 at 11:00 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 10/21/2025) |
| 10/28/2025 | 78 | **ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. This case is continued until the FEBRUARY 2026 trial term. It is specially set for a DATE CERTAIN JURY TRIAL ON FEBRUARY 23, 2026, AT 9:30 A.M. Another status conference is scheduled for December 9, 2025, at 1:30 p.m. and January 20, 2026, at 11:00 a.m. Signed by Senior Judge Charlene Edwards Honeywell on 10/28/2025. (CAB)** (Entered: 10/28/2025) |
| 12/09/2025 | 79 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 12/9/2025. David Rehfuss appeared for the United States. Ryan Maguire appeared for Defendant Slawomir Winiewski (1). Wesley Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany appeared for Defendant Piotr Marek Adamczyk (3). This matter is set for a Date Certain Jury Trial on February 23, 2026; however, a resolution is still |

| | | |
|---|---|---|
| | | anticipated. Mr. Maguire was able to hire a polygrapher and has a scheduled appointment with the expert on Friday, December 12, 2025. Counsel indicates that the results of the study may impact what happens with the other defendants. All three defendants are safety−valve eligible; however, proffers have not yet occurred. Another status conference is scheduled for January 20, 2026, at 11:00 a.m. via Zoom. Hearing time: 01:36 − 01:50 (14 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: 12/09/2025) |
| 01/20/2026 | 80 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 1/20/2026. David Rehfuss appeared for the United States. Ryan J. Maguire appeared for Defendant Slawomir Winiewski −1. Wesley E. Trombley appeared for Defendant Wieslaw Robert Ruta −2 and stands in for Omar Abdelghany and appeared for Defendant Piotr Marek Adamczyk −3. The parties updated the Court on the status of the defendants and trial.The case is set for a date−certain trial on February 23, 2026.The estimated length of the trial is 5 days.Defendant Slawomir Winiewski (1) has a proffer scheduled for this Thursday. Although a plea agreement has not been tendered to this defendant, he is expected to enter an open guilty plea or agree to a stipulated facts bench trial.Plea agreements have been offered to the other two defendants.The Court has a discussion with defense counsels outside the presence of Mr. Rehfuss. For the reasons stated on the record, the Court will schedule another status conference in this case for February 3, 2026, at 10:00 AM via Zoom.The case remains set for trial on February 23, 2026.Any guilty plea must occur before February 23, 2026. Hearing time: 11:11 − 11:34 (23 Minutes) (Text only entry). Court Reporter: Sharon A. Miller (CAB) (Entered: 01/20/2026) |
| 01/20/2026 | 81 | NOTICE OF HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Status Conference set for 2/3/2026 at 10:00 AM in Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 01/20/2026) |
| 02/03/2026 | 82 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: STATUS CONFERENCE as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 2/3/2026. David Rehfuss appeared for the United States. Ryan J. Maguire appeared for Defendant Slawomir Winiewski (1). Wesley E. Trombley appeared for Defendant Wieslaw Robert Ruta (2). Omar Abdelghany and appeared for Defendant Piotr Marek Adamczyk (3). The parties updated the Court on the status of the Defendants and trial. The Court is informed that there has not been a proffer by any Defendant. Because the Co−Defendants are seeking a trial, the Government will not consent to a stipulated facts bench trial as to Defendant Winiewski. Accordingly, this matter is set for trial on February 23, 2026, at 9:30 AM. The estimated length of the trial is one week. The Court discusses its trial practices and procedures with counsel. A Pretrial Order will be entered on the docket. Hearing time: 10:01 − 10:16 (15 Minutes) (Text only entry). Court Reporter: Rebecca Sabo (CAB) (Entered: 02/03/2026) |
| 02/03/2026 | 83 | **PRETRIAL ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 2/3/2026. (CAB)** (Entered: 02/03/2026) |
| 02/06/2026 | 85 | **TRIAL CALENDAR for the FEBRUARY 2026 TRIAL TERM as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Date Certain** |

| | | |
|---|---|---|
| | | **Jury Trial set for 2/23/2026 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Entered by Senior Judge Charlene Edwards Honeywell on 2/6/2026. (CAB)** (Entered: 02/06/2026) |
| 02/11/2026 | 87 | MOTION in Limine *to Exclude Evidence or Alternatively Continue the Trial* by Wieslaw Robert Ruta as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Trombley, Wesley) (Entered: 02/11/2026) |
| 02/11/2026 | 88 | MOTION for Miscellaneous Relief, specifically for judicial determination that the vessel was subject to the jurisdiction of the United States by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Rehfuss, David) (Entered: 02/11/2026) |
| 02/11/2026 | 89 | MOTION in Limine *to preclude argument about penalties* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. (Rehfuss, David) (Entered: 02/11/2026) |
| 02/12/2026 | 90 | NOTICE OF HEARING re: 87 and 89 Motions in Limine in case as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Motion Hearing set for 2/20/2026 at 02:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 02/12/2026) |
| 02/12/2026 | 91 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing previously scheduled for 2/20/2026 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: Motion Hearing re: Motions in Limine reset for 2/19/2026 at 02:00 PM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 02/12/2026) |
| 02/13/2026 | 92 | RESPONSE to Motion re 87 MOTION in Limine *to Exclude Evidence or Alternatively Continue the Trial* by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rehfuss, David) (Entered: 02/13/2026) |
| 02/15/2026 | 93 | MOTION for Miscellaneous Relief, specifically Waive Presence of Counsel re 91 Notice of Hearing − Reschedule by Slawomir Winiewski. (Maguire, Ryan) (Entered: 02/15/2026) |
| 02/17/2026 | 94 | **ENDORSED ORDER granting Defendant Slawomir Winiewski's 93 Motion to Waive Defense Counsel's Presence at Motion Hearing. Signed by Senior Judge Charlene Edwards Honeywell on 2/17/2026. (SAA)** (Entered: 02/17/2026) |
| 02/18/2026 | 97 | RESPONSE in Opposition by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk re 95 MOTION in Limine (Rehfuss, David) (Entered: 02/18/2026) |
| 02/19/2026 | 98 | Proposed Jury Instructions by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Rehfuss, David) (Entered: 02/19/2026) |
| 02/19/2026 | 99 | PROPOSED verdict form filed by USA as to Slawomir Winiewski (Rehfuss, David) (Entered: 02/19/2026) |
| 02/19/2026 | 102 | PROPOSED Voir Dire by USA as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk (Rehfuss, David) (Entered: 02/19/2026) |
| 02/19/2026 | 103 | |

| | | |
|---|---|---|
| | | **Defendants' 87 Motion Seeking Exclusion of Electronic Data Evidence Provided to Defense Counsel on the Eve of Trial or Alternatively Remove this Matter from the Trial Docket and Set a Status Conference is GRANTED to the extent that Defendants seek a continuance. This case is continued until the May 2026 TRIAL TERM, commencing May 4, 2026. The status conference is rescheduled for April 21, 2026, at 10:30 AM before the undersigned. Signed by Senior Judge Charlene Edwards Honeywell on 2/19/2026. (SAA)** (Entered: 02/19/2026) |
| 02/19/2026 | 104 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: Motion Hearing as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 2/19/2026. Court Reporter: Sharon A. Miller. (CAB) (Entered: 02/20/2026) |
| 02/19/2026 | 105 | NOTICE OF RESCHEDULING HEARING: The Date Certain Jury Trial previously scheduled for 2/23/2026 is rescheduled as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. New hearing date and time: Date Certain Jury Trial set for 5/4/2026 at 09:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Status Conference set for 4/21/2026 at 10:30 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 02/20/2026) |
| 02/20/2026 | 106 | **AMENDED PRETRIAL ORDER as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Signed by Senior Judge Charlene Edwards Honeywell on 2/20/2026. (SAA)** (Entered: 02/20/2026) |
| 02/20/2026 | 107 | **ORDERED: The Government's 88 Motion for Judicial Determination that the Vessel was Subject to the Jurisdiction of the United States is GRANTED. The Government's 89 Motion in Limine to Preclude Argument About Penalties Faced by the Defendant is GRANTED. Defendant Wieslaw Ruta's 95 Motion in Limine Seeking Exclusion of Improper Expert Testimony and Unfairly Prejudicial Cumulative Testimony is DENIED without prejudice. Signed by Senior Judge Charlene Edwards Honeywell on 2/20/2026. (SAA)** (Entered: 02/20/2026) |
| 02/26/2026 | 108 | Notice of substitution of AUSA. Joseph K. Ruddy substituting for David Rehfuss. (Ruddy, Joseph) (Entered: 02/26/2026) |
| 04/01/2026 | 109 | NOTICE OF HEARING as to Slawomir Winiewski: Guilty Plea Hearing set for 4/23/2026 at 02:00 PM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. (AMS) (Entered: 04/01/2026) |
| 04/08/2026 | 111 | NOTICE OF ZOOM HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk re: 110 Defendant's Unopposed Motion for Protection of Specific Date. Motion Hearing set for 4/13/2026 at 11:00 AM via Zoom Video Conference before Senior Judge Charlene Edwards Honeywell. The Clerk will email counsel a Zoom invitation. (CAB) (Entered: 04/08/2026) |
| 04/13/2026 | 113 | Minute Entry for Virtual proceedings held before Senior Judge Charlene Edwards Honeywell: MOTION HEARING as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk held on 4/13/2026 re: 110 Unopposed Motion for Protection of Specific Date filed by Piotr Marek Adamczyk. Court Reporter: Rebecca Sabo (CAB) (Entered: 04/13/2026) |
| 04/16/2026 | 114 | NOTICE canceling Status Conference scheduled for 4/21/2026 as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. (CAB) (Entered: |

| | | |
|---|---|---|
| | | 04/16/2026) |
| 04/16/2026 | 115 | **ORDER granting 110 Defendant's Unopposed Motion for Protection of Specific Date filed by Defendant Piotr Marek Adamczyk as to Slawomir Winiewski (1), Wieslaw Robert Ruta (2), and Piotr Marek Adamczyk (3). The jury trial in this case is continued, AS TO ALL DEFENDANTS, for a Date Certain Trial on May 18, 2026, beginning at 1:00 PM. A status conference is scheduled for May 6, 2026, at 11:30 A.M. Signed by Senior Judge Charlene Edwards Honeywell on 4/16/2026. (CAB)** (Entered: 04/16/2026) |
| 04/16/2026 | 116 | NOTICE OF TRIAL as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk: Date Certain Jury Trial set for 5/18/2026 at 01:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 04/16/2026) |
| 04/20/2026 | 118 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Slawomir Winiewski (Ruddy, Joseph) (Entered: 04/20/2026) |
| 04/23/2026 | 121 | **TRIAL CALENDAR for the MAY 2026 TRIAL TERM as to Slawomir Winiewski, Wieslaw Robert Ruta, and Piotr Marek Adamczyk. Date Certain Jury Trial set for 5/18/2026 at 01:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Entered by Senior Judge Charlene Edwards Honeywell on 4/23/2026. (CAB)** (Entered: 04/23/2026) |
| 04/23/2026 | 122 | CONSENT regarding entry of a plea of guilty as to Slawomir Winiewski (AMS) (Entered: 04/24/2026) |
| 04/23/2026 | 123 | CONSENT to institute presentence investigation report as to Slawomir Winiewski. (AMS) (Entered: 04/24/2026) |
| 04/23/2026 | 124 | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: GUILTY PLEA HEARING as to Slawomir Winiewski held on 4/23/2026. (Digital) (Interpreter/Language: Wojteck Sawa / Polish) (AMS) (Entered: 04/24/2026) |
| 04/23/2026 | 127 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) One and Two of the Indictment as to Slawomir Winiewski. Signed by Magistrate Judge Christopher P. Tuite on 4/23/2026. (AMS)** (Entered: 04/24/2026) |
| 05/12/2026 | 136 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One and Two of the Indictment as to Slawomir Winiewski. Signed by Senior Judge Charlene Edwards Honeywell on 5/12/2026. (Sentencing set for 7/23/2026 at 11:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell.) (CAB) (Entered: 05/12/2026) |
| 05/12/2026 | 137 | **SENTENCING ORDER as to Slawomir Winiewski. Signed by Senior Judge Charlene Edwards Honeywell on 5/12/2026. (CAB)** (Entered: 05/12/2026) |
| 05/12/2026 | 138 | NOTICE Canceling Jury Trial scheduled to commence on 5/18/2026, at 1:00 PM, before Judge Charlene Edwards Honeywell in Courtroom 13A, only as to Slawomir Winiewski. (CAB) (Entered: 05/12/2026) |
| 06/16/2026 | 170 | Unopposed MOTION to Continue Sentencing Hearing by Slawomir Winiewski. (Maguire, Ryan) (Entered: 06/16/2026) |

| | | |
|---|---|---|
| 06/17/2026 | 171 | **ORDER granting 170 Defendant's Unopposed Motion to Continue Sentencing as to Slawomir Winiewski (1). The sentencing hearing on July 23, 2026, at 11:00 A.M., is rescheduled for August 12, 2026, at 1:30 P.M. Signed by Senior Judge Charlene Edwards Honeywell on 6/17/2026. (CAB)** (Entered: 06/17/2026) |
| 06/17/2026 | 172 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 7/23/2026 is rescheduled as to Slawomir Winiewski. New hearing date and time: Sentencing set for 8/12/2026 at 01:30 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 06/17/2026) |
| 07/22/2026 | 174 | TRANSCRIPT of PLEA HEARING as to Slawomir Winiewski held on 4−23−26 before Judge TUITE. Court Reporter/Transcriber: Lori Cecil Vollmer. Email address: lori_cecilvollmer@flmd.uscourts.gov. Telephone number: 8133015336.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/12/2026. Redacted Transcript Deadline set for 8/24/2026. Release of Transcript Restriction set for 10/20/2026. (LAC) (Entered: 07/22/2026) |
| 08/03/2026 | 180 | TRANSCRIPT of TRIAL TESTIMONY OF SLAWOMIR WINIEWSKI as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk held on 5/21/26 before Judge CHARLENE EDWARDS HONEYWELL. Court Reporter/Transcriber: TRACEY AURELIO. Email address: tracey_aurelio@flmd.uscourts.gov. Telephone number: 8133015448.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/24/2026. Redacted Transcript Deadline set for 9/3/2026. Release of Transcript Restriction set for 11/2/2026. (TVA) (Entered: 08/03/2026) |
| 08/10/2026 | 186 | Unopposed MOTION to Continue Sentencing Hearing by Slawomir Winiewski. (Maguire, Ryan) (Entered: 08/10/2026) |
| 08/10/2026 | 187 | **ORDER granting 186 Defendant's Unopposed Motion to Continue Sentencing as to Slawomir Winiewski (1). Sentencing rescheduled for 9/24/2026 at 01:30 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Signed by Senior Judge Charlene Edwards Honeywell on 8/10/2026. (CAB)** (Entered: 08/10/2026) |
| 09/21/2026 | 203 | SENTENCING MEMORANDUM by Slawomir Winiewski (Attachments: # 1 Exhibit A− Letter of Support, # 2 Exhibit B− Diploma, # 3 Exhibit C− Polygrapher Report)(Maguire, Ryan) (Entered: 09/21/2026) |
| 09/23/2026 | 204 | |

| | | |
|---|---|---|
| | | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing hearing previously scheduled for 9/24/2026 at 1:30 PM is rescheduled as to Slawomir Winiewski. New hearing time: Sentencing set for 9/24/2026 at 01:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 09/23/2026) |
| 09/24/2026 | 205 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: Sentencing hearing as to Slawomir Winiewski (1) commenced on 9/24/2026. Sentencing continued to 9/28/2026 at 3:00 PM. Court Reporter: Lainey Fergueson. (Interpreter/Language: Wojciech (Voitek) Sawa/Polish). (CAB) (Entered: 09/24/2026) |
| 09/24/2026 | 207 | NOTICE OF CONTINUED SENTENCING HEARING as to Slawomir Winiewski: Sentencing continued to 9/28/2026 at 03:00 PM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. (CAB) (Entered: 09/24/2026) |
| 09/28/2026 | 209 | Minute Entry for In Person proceedings held before Senior Judge Charlene Edwards Honeywell: SENTENCING completed on 9/28/2026 for Slawomir Winiewski (1), Counts 1−2, Imprisonment: 165 months. This term consists of a 165−month term as to Count One and a 165−month term as to Count Two, all such terms to run concurrently; Supervised Release: 60 months. This term consists of a 60−month term as to Count One and a 60−month term as to Count Two, all such terms to run concurrently; Fine: Waived; Special Assessment: $200.00. Court Reporter: Lainey Fergueson. (Interpreter/Language: Wojciech (Voitek) Sawa/Polish). (CAB) (Entered: 09/28/2026) |
| 09/28/2026 | 210 | ORAL MOTION for a Downward Variance by Slawomir Winiewski. (CAB) (Entered: 09/28/2026) |
| 09/28/2026 | 211 | **ORAL ORDER denying, for the reason stated on the record, 210 Defendant's Oral Motion for a Downward Variance as to Slawomir Winiewski (1). Signed by Senior Judge Charlene Edwards Honeywell on 9/28/2026. (CAB)** (Entered: 09/28/2026) |
| 09/29/2026 | 212 | **JUDGMENT as to Slawomir Winiewski (1), Counts 1−2, Imprisonment: 165 months. This term consists of a 165−month term as to Count One and a 165−month term as to Count Two, all such terms to run concurrently; Supervised Release: 60 months. This term consists of a 60−month term as to Count One and a 60−month term as to Count Two, all such terms to run concurrently; Fine: Waived; Special Assessment: $200.00. Signed by Senior Judge Charlene Edwards Honeywell on 9/29/2026. (CAB)** (Entered: 09/29/2026) |
| 10/05/2026 | 216 | Time Sensitive MOTION to Correct 212 Judgment *and Reduce Sentence Under Rule 35 (a)* by Slawomir Winiewski. (Maguire, Ryan) (Entered: 10/05/2026) |
| 10/05/2026 | 218 | TRANSCRIPT of Status Conference via Zoom for dates of 4/13/2026 held before Judge Charlene E. Honeywell, re: 200 Notice of Appeal as to Slawomir Winiewski, Wieslaw Robert Ruta, Piotr Marek Adamczyk. Court Reporter/Transcriber: Rebecca Sabo. Email address: Rebecca_Sabo@flmd.uscourts.gov. Telephone number: 406−855−6410.<br><br>NOTICE TO THE PARTIES − The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal |

| | | |
|---|---|---|
| | | or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 10/26/2026. Redacted Transcript Deadline set for 11/5/2026. Release of Transcript Restriction set for 1/4/2027. (LNR) (Entered: 10/05/2026) |
| 10/06/2026 | 220 | **ENDORSED ORDER directing the United States to respond by 6:00 PM on Friday, October 9, 2026, to 216 Defendant's Time−Sensitive Motion to Correct and Reduce Sentence Under Rule 35(a) filed by Slawomir Winiewski (1). Signed by Senior Judge Charlene Edwards Honeywell on 10/6/2026. (CAB)** (Entered: 10/06/2026) |
| 10/06/2026 | 221 | NOTICE OF APPEAL by Slawomir Winiewski re 212 Judgment. Filing fee not paid. (Maguire, Ryan) (Entered: 10/06/2026) |
| 10/07/2026 | 222 | NOTICE OF HEARING re: 216 Defendant's Motion to Correct and Reduce Sentence as to Slawomir Winiewski. Motion Hearing set for 10/13/2026 at 10:00 AM in Tampa Courtroom 13 A before Senior Judge Charlene Edwards Honeywell. Note: Defendant must be present. (CAB) (Entered: 10/07/2026) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** — **Case Number: 8:24-cr-429-CEH-CPT**

**v.** — **USM Number: 38635-511**

**SLAWOMIR WINIEWSKI** — **Ryan J. Maguire, AFPD**

---

# JUDGMENT IN A CRIMINAL CASE

Defendant pled guilty to Counts One and Two of the Indictment. Defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 46 U.S.C. §§ 70503(a), 70506(a) and 70506(b), and 21 U.S.C. § 960(b)(1)(B)(ii) | Conspiracy to Possess with Intent to Distribute Five Kilograms or More of Cocaine While Onboard a Vessel Subject to the Jurisdiction of the United States | September 20, 2024 | One |
| 46 U.S.C. §§ 70503(a), 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii) | Possession with the Intent to Distribute Five Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine While Onboard a Vessel Subject to the Jurisdiction of the United States | September 20, 2024 | Two |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic

circumstances.

Date of Imposition of Judgment:

September 28, 2026

Charlene Edwards Honeywell
CHARLENE EDWARDS HONEYWELL
UNITED STATES DISTRICT JUDGE

September 29, 2026

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED SIXTY-FIVE (165) MONTHS**. This term consists of a 165-month term as to Count One and a 165-month term as to Count Two, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCI Fort Dix in New Jersey.
- Defendant be allowed to participate in the UNICOR program.
- Defendant be allowed to take an English for Speakers of Other Languages (ESOL) class.
- Defendant be allowed to participate in vocational training in artwork.
- Defendant be allowed to participate in any training programs that a United States Citizen would be eligible for since he was paroled into the United States for the purpose of prosecution.

Defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Slawomir Winiewski**
**8:24-cr-429-CEH-CPT**

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Defendant delivered on ____________________ to ____________________________________

at ______________________________________________, with a certified copy of this judgment.

____________________________________________
UNITED STATES MARSHAL

By:________________________________________
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, Defendant will be on supervised release for a term of **FIVE (5) YEARS.** This term consists of a 5-year term as to Count One and a 5-year term as to Count Two, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state, or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the attached page).

Defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame.
2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.
3. Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. Defendant shall answer truthfully the questions asked by your Probation Officer
5. Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
6. Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.
10. Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.
13. Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:______________________________ Date:__________________________

**Slawomir Winiewski**
**8:24-cr-429-CEH-CPT**

## SPECIAL CONDITION OF SUPERVISION

- If Defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority. The Court recognizes that Defendant is lawfully in the United States, as he was paroled here for the purpose of prosecution.

Having been convicted of a qualifying felony, Defendant must cooperate in the collection of DNA as directed by the probation officer.

## CRIMINAL MONETARY PENALTIES

Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|
| **$200.00 Due Immediately** | **N/A** | **WAIVED** | **N/A** | **N/A** |

## SCHEDULE OF PAYMENTS

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

---

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses, are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.:8:24-cr-00429-CEH-CPT**

**SLAWOMIR WINIEWSKI.**
_______________________________________ /

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Slawomir Winiewski, the defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 29th day of September 2026.Doc. 212.

DATED this 6th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*

Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to listed counsels and:

Joseph K. Ruddy, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender