**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:24-cr-429-CEH-CPT**

**SLAWOMIR WINIEWSKI**
_________________________________/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent Defendant Slawomir Winiewski in the above-styled cause. The Clerk is requested to enter the appearance of M. Allison Guagliardo as counsel for the Defendant for purposes of appeal.

DATED this 8th day of October 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

/s/ M. Allison Guagliardo

M. Allison Guagliardo
Florida Bar No. 0800031
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: allison_guagliardo@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026 the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve notice of the electronic filing on the U.S. Attorney's Office.

/s/ M. Allison Guagliardo
M. Allison Guagliardo
Assistant Federal Defender