**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:24-cr-429-CEH-CPT | **DATE:** October 13, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SLAWOMIR WINIEWSKI** | **GOVERNMENT'S COUNSEL:**<br>Joseph K. Ruddy, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:**<br>Wojciech (Voitek) Sawa/Polish |
| **TIME:** 10:08 A.M. – 10:31 A.M. | **TOTAL:** 23 Minutes |
| **PROBATION OFFICER:** Tyler Campbell | **COURT REPORTER:** Sharon A. Miller |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: MOTION HEARING**

Court in session.

Counsel and the Defendant are present in the courtroom and identified for the record.

The Polish Interpreter is sworn.

This matter is before the Court today on Defendant's Time-Sensitive Motion to Correct and Reduce Sentence Under Rule 35(a) (Doc. 216), filed on October 5, 2026, and the Government's response in opposition, filed on October 9, 2026 (Doc. 225).

The Court hears arguments from counsel.

For the reasons stated on the record, Defendant's Time-Sensitive Motion to Correct and Reduce Sentence Under Rule 35(a) (Doc. 216) is **DENIED**.

Court adjourned.